## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHERMAN BIVENS, § | |
| § | |
| Plaintiff, § | Civil Action No. 0:18-cv-61604-BB |
| § | |
| v. § | |
| § | |
| CAPITAL ONE BANK (U.S.A.), N.A., § | |
| § | |
| Defendant. § | |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: February 6, 2019

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Megan Perkins Stephens, Esq.
Burr & Forman, LLP
420 N. 20th Street,
Suite 3400
Birmingham, AL 35203
(205) 251-3000
Fax: (205) 458-5100
Email: mstephen@burr.com
Attorneys for Defendant

Dated: February 6, 2019                By: /s/ Amy L. Bennecoff Ginsburg
                                       Amy L. Bennecoff Ginsburg, Esq.
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Avenue
                                       Ambler, PA 19002
                                       Tel: 215-540-8888
                                       Fax: 215-540-8817
                                       aginsburg@creditlaw.com