UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-61604-BLOOM/Valle**

SHERMAN BIVENS,

    Plaintiff,

v.

CAPITAL ONE BANK (U.S.A.), N.A.,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [17], filed on February 6, 2019 that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal or notice of dismissal in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, on or before **March 8, 2019**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED.**

Case No. 18-cv-61604-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of February, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record